**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | No. 14-10013 |
|---|---|
| NIKOLAY and OLGA KOZOREZOV,<br><br>Debtors. | ORDER ON MOTION TO APPROVE SETTLEMENT |

THIS MATTER having come on before the before the Honorable Christopher M. Alston of the above entitled Court upon the Trustee's Motion to Approve Settlement between the estate and the debtors, the Court having reviewed the records and files herein, and any response thereto, now therefore

IT IS HEREBY ORDERED that the Trustee's motion is granted and the terms of the Settlement Agreement attached to the Trustee's declaration at Docket No. 41 are approved.

///End of Order///

Presented by:

/s/ Kathryn A. Ellis
Kathryn A. Ellis, WSBA #14333
Attorney for Trustee

C:\Shared\OneDrive - Kathryn A Ellis\Shared\KAE\Dox\Kozorezov\settle_ord.wpd

**ORDER ON MOTION TO APPROVE SETTLEMENT - 1**

KATHRYN A. ELLIS PLLC
5506 6th Ave S
Suite 207
Seattle, WA 98108
(206) 682-5002